UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ECKARDT,

Plaintiff,

-v-

CENTRAL ORANGE PHYSICIAN SERVICES, P.C., PHYSICIAN PRACTICE ENHANCEMENT, LLC, CHILDEBERT ST. LOUIS, SAMANTHA CLAYTON, *and* JOSEPH J. CALABRO,

Defendants.

26 Civ. 6801 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 4, 2026, the parties submitted a proposed settlement agreement ("Agreement"), and a letter in support, Dkt. 8, in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendant agrees to pay $75,000 in total. Plaintiff Eckardt receives $60,000, and plaintiff's counsel, Jonathan R. Suarez, receives $15,000.

The Agreement therefore allocates one fifth of the settlement amount to plaintiff's counsel as attorney's fees and reimbursement for expenses. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement. At the parties' request, the Court retains jurisdiction over this case in order to enforce the terms of the settlement agreement.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 5, 2026
New York, New York